IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-91-163-CR




DAVID JOE PIERCE,


 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 




FROM THE COUNTY COURT OF SAN SABA COUNTY 



NO. 5053, HONORABLE HARLEN BARKER, JUDGE



 




PER CURIAM


 This is an appeal from a conviction for driving while intoxicated. Punishment was
assessed at confinement for two years and a fine of $2,000.00.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. Ann.
59(b) (Pamph. 1992).



[Before Chief Justice Carroll, Justices Aboussie and B. A. Smith]

Dismissed On Appellant's Motion

Filed: April 8, 1992

[Do Not Publish]